UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF PENNSYLVANIA

Dashon Hines

_____

(Enter above the full name of
plaintiff in this action)

v.

Shaner Hotels

_____

(Enter above the full name of
the defendant(s) in this action)

CIVIL CASE NO: 4:22cv1218
(to be supplied by Clerk
of the District Court)

FILED
SCRANTON

AUG 0 5 2022

PER _____
DEPUTY CLERK

## COMPLAINT

1. The plaintiff Dashon Hines a citizen of the County of Erie State of New York, residing at 124 Fulton Street #5C Buffalo NY 14204 wishes to file a complaint under Title VII of the Civil Rights Act of 1964
(give Title No. etc.)

2. The defendant is Shaner Hotels, 1965 Waddle Road, State College, PA 16803

3. STATEMENT OF CLAIM: (State below the facts of your case. If you have paper exhibits that give further information of your case, attach them to this completed form. Use as much space as you need. Attach extra sheet(s) if necessary) On July 13, 2022

3. (CONTINUED) at 4:45 pm, the defendants suspended the plaintiff for calling 911 on a co-worker: "Aubrie" for immediate assistance. See Buffalo New York Police Complaint #22-1940878. On July 20, 2022, the defendants fired the plaintiff for calling 911 on a co-worker: "Aubrie" for immediate assistance. See Buffalo New York - Shaner Hotels Termination of Employment Letter dated July 20, 2022. See lawsuit attachments. authored by Taylor Costanzo, Human Resources Mgr.

4. WHEREFORE, plaintiff prays that this court conduct a bench trial and award $1,000,000 (One Million Dollars) in compensation.

_____
(Signature of Plaintiff)

Dashon H
104 Fulton Street
Buffalo New York 14209

RECEIVED
SCRANTON
AUG 0 5 2022
PER _____
DEPUTY CLERK

U.S. POSTAGE PAID
BUFFALO, NY
14202
JUL 28, 22
AMOUNT
$1.08
R2305M146503-25

U.S. District Court
Middle District of
Pennsylvania
Box 1148
235 N Washington Avenue
Scranton, PA 18501-1148



**UNITED STATES POSTAL SERVICE.**

```
            NIAGARA SQUARE
           229 W GENESEE ST
          BUFFALO, NY 14202-9998
              (800)275-8777
07/28/2022                        11:27 AM
-------------------------------------------
Product            Qty     Unit      Price
                           Price
-------------------------------------------
First-Class Mail®   1                $1.08
Letter
    Scranton, PA 18501
    Weight: 0 lb 2.50 oz
    Estimated Delivery Date
       Mon 08/01/2022

-------------------------------------------
Grand Total:                         $1.08
-------------------------------------------
Debit Card Remitted                  $1.08
    Card Name: VISA
    Account #: XXXXXXXXXXXX3969
    Approval #: 301971
    Transaction #: 700
    Receipt #: 023470
    Debit Card Purchase: $1.08
    AID: A0000000980840          Chip
    AL: US DEBIT
    PIN: Verified                DEBIT
-------------------------------------------

***********************************************
     Every household in the U.S. is now
     eligible to receive a third set
          of 8 free test kits.
         Go to www.covidtests.gov
***********************************************

             Preview your Mail
             Track your Packages
             Sign up for FREE @
       https://informeddelivery.usps.com

      All sales final on stamps and postage.
      Refunds for guaranteed services only.
          Thank you for your business.

         Tell us about your experience.
     Go to: https://postalexperience.com/Pos
     or scan this code with your mobile device,
```



```
           or call 1-800-410-7420.

-------------------------------------------
UFN: 351001-0201
Receipt #: 840-51400090-2-4392200-1
Clerk: 25
```