4:22 cv 1218

**FILED**
**SCRANTON**

AUG 0 5 2022

PER _____
DEPUTY CLERK

# BUFFALO POLICE
## Complaint List

Report Date: 7/25/2022

Date Range: 07/13/2022 - 07/13/2022

| Complaint | Date | Call Type | Disposition(s) | Address |
|---|---|---|---|---|
| 22-1940878 | 07/13/2022 18:06:21 | LABOR DISPUTE | 1. Advised | 95 MAIN ST BUF (B3) Priority: 3 |

Total Complaints: 1

Re: Trouble w/ employee In the dishwashing room 7th floor. Employees are harassing him for calling police

1



July 20th, 2022

Dashon Hines
124 Fulton St
Apt 5C
Buffalo, NY 14204

RE:   Termination of Employment

Dear Dashon,
We have conducted an investigation regarding your behavior in the workplace, most recently during your shift on Wednesday July 13th, 2022. Based on our investigation, we have concluded that you have violated Shaner Policy-Prohibited Conduct:

Infractions of this policy violation included but was not limited to:
- Insubordination: refusing to obey any reasonable instructions issued by your manager pertaining to your work or refusal to help on a special assignment.
- Workplace bullying such as abusive or offensive language, unwelcome behavior, unreasonable insults or criticism, teasing, trivializing of work or achievements and exclusion or isolation.
- Obscene or abusive language in the workplace; rudeness towards a customer or fellow associate; any disorderly/antagonistic conduct or profanity on company premise.

This is behavior that we cannot tolerate in the hospitality industry. Therefore, we are terminating your employment with the Company effective today. A final paycheck will be produced to compensate you for all hours worked and all accrued, unused Paid Time Off. If you have questions, please contact me at 716-852-0049.

Sincerely,

*[signature]*

Taylor Costanzo
Human Resources Manager

Cc:   Huseyin Taran, General Manager
      Corporate Human Resources



Google  latest federal law on call 911 as a protected activity in the work  X

Q All    News    Videos    Images    Shopping    More                Tools

About 8,470,000 results (0.53 seconds)

Ad · https://www.bandwidth.com/  :  (844) 567-4983
### e911 Regulations Guide - Free Guide - Read Now - bandwidth.com

Kari's **Law** and RAY BAUM's Act are changing rules and **regulations** around **911**. Learn what they are and what steps you'll need to take to be in compliance. Read Now! Free Signup. World Class Support. Incredible Reliability. Maximum Control. Unrivaled Quality.

#### E911 for VoIP and UC
911 is complex, we make it easy See how!

#### E911 for Microsoft Teams
Get started with E911 for Teams Free webinar - watch now!

https://www.osha.gov › workers   :
### OSHA Worker Rights and Protections

**Federal law** entitles you to a safe **workplace**. Your employer must keep your **workplace** free of known health and safety hazards. You have the right to speak up ...

People also ask  :

What is considered protected activity in the workplace?    ∧

Examples of protected activity include: **Complaining to a supervisor or HR about alleged discrimination against oneself or others**; threatening to file a charge of discrimination; or refusing to obey an order that you reasonably believe to be discriminatory.

https://www.workharassment.net › about › retaliation
### Know Your Rights: Retaliation, Protected Activity and Adverse Action

Search for: What is considered protected activity in the workplace?

| What is protected activity under the NLRA? | ∨ |
|---|---|
| What kind of activity is protected by Section 7 of the NLRA? | ∨ |
| What would EEOC call protected activity? | ∨ |
| What are examples of concerted activities? | ∨ |
| What's a protected activity? | ∨ |

Feedback

https://www.dol.gov › human-resources-center › policies  :
### DOL Workplace Violence Program - U.S. Department of Labor

Any individual observing violent or threatening behavior which poses an immediate danger to persons or property is expected to: **Call 911** and other appropriate ...

https://www.dol.gov › legacy › files › whdfs8  PDF  :
### Law Enforcement and Fire Protection Employees Under the ...

**Law** enforcement personnel are employees who are empowered by State or local ordinance to

Google    latest federal law on call 911 as a protected activity in the work  ✕

### Interfering with employee rights (Section 7 & 8(a)(1))
Activity is "protected" if it concerns employees' interests as employees. An employee engaged in otherwise protected, concerted activity may lose the Act's ...
Missing: 9̶1̶1̶ | Must include: 911

https://oer.ny.gov › equal-employment-opportunit... PDF
### EQUAL EMPLOYMENT OPPORTUNITY In New York State ...
New York State has long been committed to the principle that all individuals in the State should have an equal opportunity to enjoy a full and productive ...

https://www.whistleblowers.gov
### The Whistleblower Protection Programs | Whistleblower ...
By calling OSHA to complain about the fire hazard, the worker engaged in protected activity under one of the whistleblower laws administered by OSHA.
Missing: 9̶1̶1̶ | Must include: 911



https://adata.org › guide › americans-disabilities-act-que...
### The Americans with Disabilities Act Questions and Answers
The ADAAA made a number of significant changes to the definition of "disability." The law required the U.S. Equal Employment Opportunity Commission (EEOC) to ...

https://www.laccd.edu › OfficeOfDiversity › Pages › Di...
### Discrimination, Harassment, & Retaliation (DHR)
Retaliation is adverse employment or education action taken against someone based ... discrimination, or harassment as prohibited by state or federal law.

https://civilrights.justice.gov
### Contact the Civil Rights Division | Department of Justice
Civil rights laws can protect you from unlawful discrimination, harassment, or abuse in a variety of settings like housing, the workplace, school, voting, ...



https://www.eeoc.gov › facts-about-retaliation
### Facts About Retaliation | U.S. Equal Employment Opportunity ...
Other acts to oppose discrimination are protected as long as the employee was acting on a reasonable belief that something in the workplace may violate EEO laws ...
Missing: 9̶1̶1̶ | Must include: 911

### People also ask

What is not a protected activity?                                          ⌄

What is the difference between protected and unprotected concerted activity?  ⌄

What are protected activities with regard to harassment?                   ⌄

Feedback

https://www.upcounsel.com › protected-activity
### Protected Activity: Everything You Need to Know
Protected activity is essentially legal definition that defines activities that workers may engage in without fear of retaliation by supervisors or employers.

https://www.plbsh.com › Blog
### What Is Protected Activity?

Google   calling 911 is freea protected activity new york

All    News    Images    Shopping    Videos    More                    Tools

About 123,000,000 results (0.63 seconds)

https://www.health.ny.gov › opioid_overdose_prevention

### New York State's 911 Good Samaritan Law Protects YOU
The law empowers you to save a person's life. · The law encourages anyone to **call 911** when they see or experience a drug or alcohol overdose.

https://www.ny.gov › default › files › atoms › files .DOC

### Sexual Harassment Policy for All Employers in New York State ...
Sexual harassment is against the law and all employees have a legal right to a workplace **free** from sexual harassment and employees are urged to report sexual ...

https://www1.nyc.gov › site › about › press-releases › 2...

### Press Release - NYC.gov
Jun 21, 2022 — **New Yorkers** who do not have an air conditioner can **call** 311 or check online to find out whether they qualify for a **free** air conditioner ...

https://www.aclu.org › women-and-criminal-justice › ac...

### Across New York, People of Color and the Poor Can Face ...
Aug 10, 2018 — These local laws, which are also sometimes **called** crime-**free** ordinances or criminal **activity** nuisance ordinances, allow a city to label a ...

https://www.nyclu.org › know-your-rights › what-do-if...

### What to Do If You're Stopped by the Police | ACLU of New York
Interacting with **police** can be stressful, and these situations can quickly escalate. It's important to know your rights and what an officer can legally ...

https://www.eeoc.gov › facts-about-retaliation

### Facts About Retaliation | U.S. Equal Employment Opportunity ...
Asserting these EEO rights is **called "protected activity**," and it can take many ... Employers are free to discipline or terminate workers if motivated by ...
Missing: york | Must include: york



---
**People also search for**                                                                    ×

good samaritan law                    good samaritan law fact sheet
911 good samaritan law states         good samaritan law drug overdose
good samaritan law new york first aid good samaritan lawsuit

---

https://www.osc.state.ny.us › sexual-harassment-policy

### Sexual Harassment Policy for the Office of the State Comptroller
Sexual harassment can occur between any individuals, regardless of their sex or gender. **New York** Law **protects** employees, paid or unpaid interns, and non- ...

https://civilrights.justice.gov

### Contact the Civil Rights Division | Department of Justice
Civil rights laws can **protect** you from unlawful discrimination, ... If you or someone else is in immediate danger, please **call 911** or local police.

https://casetext.com › ... › SD NY › 2021 › August

### Buchanan v. City of New York, 556 F. Supp. 3d 346 - Casetext
Aug 23, 2021 — In addition to investigating **police** misconduct, the CCRB holds monthly open meetings and releases periodic reports on its **activities** and ...

 Gmail                                                                    Dashon Hines <dashonhines@gmail.com>

# Unemployment Insurance Weekly Claims Report Update
1 message

**United States Department of Labor** <subscriptions@subscriptions.dol.gov>                Thu, Jul 28, 2022 at 8:31 AM
Reply-To: subscriptions@subscriptions.dol.gov
To: dashonhines@gmail.com

You are subscribed to Unemployment Insurance Weekly Claims Report for the U.S. Department of Labor. This information has recently been updated.

In the week ending July 23, the advance figure for seasonally adjusted initial claims was 256,000, a decrease of 5,000 from the previous week's revised level. The previous week's level was revised up by 10,000 from 251,000 to 261,000. The 4-week moving average was 249,250, an increase of 6,250 from the previous week's revised average. The previous week's average was revised up by 2,500 from 240,500 to 243,000.

Read the full news release.



**Stay up to date with everything that is happening at the Department of Labor by subscribing to our weekly newsletter. You'll get the latest news, information about upcoming DOL events, stories about the impact of DOL programs on individuals and much more delivered to your inbox every week!**

Dept. of Labor Logo   Questions? Contact Us

STAY CONNECTED:



SUBSCRIBER SERVICES:
Manage Preferences | Unsubscribe | Help

This email was sent to dashonhines@gmail.com using GovDelivery Communications Cloud on behalf of: United States Department of Labor · 200 Constitution Ave NW · Washington, DC 20210 · 1-866-4-USA-DOL (1-866-487-2365)                **govDELIVERY**